IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARDO TORRES,

      Plaintiff,                             No. CIV S-11-2395 EFB P

      vs.

DEUEL VOCATIONAL INSTITUTION, et al.,

      Defendants.                     ORDER

                                          /

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent. He may comply with this requirement by having prison officials complete the

1

1  "Certificate" portion of the form application for leave to proceed *in forma pauperis*.

2  Accordingly, plaintiff has 30 days from the date this order is served to submit the
3  required trust account statement.  Failure to comply with this order will result in a
4  recommendation that this action be dismissed.  The Clerk of the court is directed to send to
5  plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

6  So ordered.

7  DATED: September 15, 2011.

8  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE